**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

**LODGED**

JUL 2 6 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 02-00288 DAE |
| ) | |
| Plaintiff, ) | STIPULATION TO ALLOW |
| ) | DEFENDANT JASON KUROSAWA |
| vs. ) | TO EXTEND TRAVEL TO U.S. |
| ) | MAINLAND; ORDER; EXHIBITS |
| JASON KUROSAWA, ) | "A" – "B" |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION TO ALLOW DEFENDANT
### JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JASON KUROSAWA be allowed to extend his travel outside of the State of Hawaii to the U.S. Mainland between the periods of July 28, 2006 to August 18, 2006.

A Stipulation to Allow Defendant Jason Kurosawa to Travel to U.S. Mainland was approved and filed on June 13, 2006 (see Exhibit "A").

Defendant has requested to extend his stay in New York from July 28, 2006 to August 18, 2006. See Exhibit "B" – Letter from Laurie Schlegel, dated July 11, 2006.

DATED:   Honolulu, Hawaii, 7/26/06.

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

_____
PRE-TRIAL SERVICES

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND; ORDER*