Laurie Schlegel
5713 Dalton Drive
Farmington, NY 14425
808-230-5368
585-398-2202

Darwin L. D. Ching, Attorney at Law
1001 Bishop Street Suite 1008
Honolulu, HI 96813

July 11, 2006

Dear Mr. Ching:

Due to the postponement of the trial and sentencing, I would like to request an extension for Jason to remain in New York until such time as he is required to be in Hawaii.

Jason's presence and assistance with raising our 7 month old twins is not only invaluable to me but important to the babies. They adore their father and he is playing an active role in their care and development.

Since we moved to Hawaii our son, Hunter, has been to urgent care once, the emergency room twice and had a follow up with his new pediatrician. As his mother I have been stressed watching my baby suffer and worried about his illness. I have barely slept and have had little time for anything other than Hunter's care. Jason has been supportive and helpful and I do not know what I would have done without him. He is able to give extra attention to our daughter when I cannot. He reads to the babies, plays with them, helps with feeding and baths. Taking their daddy away will be a great stressor on our children.

Jason has abided by all rules and has followed up with his probation officer here in NY. We have found a church to attend and he is making a great effort to secure employment. He helps with cooking and cleaning. He is becoming a more responsible and mature man.

I am humbly asking permission for him to remain here where he is needed most.

Sincerely,
Laurie A. Schlegel

EXHIBIT B