

ORIGINAL

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

Attorney for Defendant JASON KUROSAWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

JUL 2 6 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON KUROSAWA,<br><br>    Defendant. | CR NO. 02-00288 DAE<br><br>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER<br><br><u>New Sentencing Hearing:</u><br>Date: September 21, 2006<br>Time: 8:30 a.m.<br>Judge: Honorable David Alan Ezra<br><br><u>Old Sentencing Hearing:</u><br>Date: July 31, 2006<br>Time: 3:00 p.m.<br>Judge: Honorable David Alan Ezra |

STIPULATION TO CONTINUE SENTENCING AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the

parties, the United States of America by and through Assistant U.S. Attorney Chris

A. Thomas, and the Defendant, JASON KUROSAWA, by and through his

respective CJA attorney, Darwin L.D. Ching and the parties respectfully requests, that the Court approve a continuance of the sentencing date in this case that was set for July 31, 2006 at 3:00 p.m. before the Honorable David A. Ezra to _____ SEP 2 1 2006 at 8:30 a.m. before the Honorable David A. Ezra.

DATED: Honolulu, Hawaii, 6/26/06.

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

APPROVED AND SO ORDERED:

_____
HONORABLE DAVID A. EZRA
UNITED STATES CHIEF DISTRICT JUDGE

---

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *STIPULATION TO CONTINUE SENTENCING AND ORDER*

2