FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 7 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JUL 2 6 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 02-00288 DAE |
| Plaintiff, | ) STIPULATION TO ALLOW |
| | ) DEFENDANT JASON KUROSAWA |
| vs. | ) TO EXTEND TRAVEL TO U.S. |
| | ) MAINLAND; ORDER; EXHIBITS |
| JASON KUROSAWA, | ) "A" – "B" |
| Defendant. | ) |

STIPULATION TO ALLOW DEFENDANT
JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JASON KUROSAWA be allowed to extend his travel outside of the State of Hawaii to the U.S. Mainland between the periods of July 28, 2006 to August 18, 2006.

EXHIBIT A

A Stipulation to Allow Defendant Jason Kurosawa to Travel to U.S. Mainland was approved and filed on June 13, 2006 (see Exhibit "A").

Defendant has requested to extend his stay in New York from July 28, 2006 to August 18, 2006.  See Exhibit "B" – Letter from Laurie Schlegel, dated July 11, 2006.

DATED:   Honolulu, Hawaii, 7/26/06  .

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

_____
PRE-TRIAL SERVICES

APPROVED AND SO ORDERED:

LESLIE E. KOBAYASHI
_____
JUDGE OF THE ABOVE ENTITLED COURT

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND; ORDER*

DARWIN L.D. CHING 1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 02-00288 DAE |
| Plaintiff, | ) STIPULATION TO ALLOW<br>) DEFENDANT JASON KUROSAWA |
| vs. | ) TO TRAVEL TO U.S. MAINLAND;<br>) ORDER; EXHIBIT "A" |
| JASON KUROSAWA, | ) |
| Defendant. | ) |

STIPULATION TO ALLOW DEFENDANT
JASON KUROSAWA TO TRAVEL TO U.S. MAINLAND

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JASON KUROSAWA be allowed to travel outside of the State of Hawaii to the U.S. Mainland between the periods of July 1, 2006 to July 28, 2006. Defendant will be traveling to assist his fiancé and their twin babies to Rochester, New York. Defendant's fiancé (Laurie Schlegel) and their

EXHIBIT A

twins (Hunter and Alina Kurosawa) will be relocating from Hawaii to live with Laurie Schlegel's family in Rochester, New York in anticipation of Jason Kurosawa's sentencing and detainment. Defendant's travel is approximately 1 month, so he can assist his fiancé and the twins with the transition.

See Exhibit "A" – Letter from Laurie Schlegel, dated May 30, 2006 with the appropriate contact information.

Defendant's sentencing date is currently set for July 31, 2006 at 3:00 p.m.

DATED:   Honolulu, Hawaii,   6/6/06

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

_____
PRE-TRIAL SERVICES

APPROVED AND SO ORDERED:
**DAVID ALAN EZRA**
_____
JUDGE OF THE ABOVE ENTITLED COURT

---

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO TRAVEL TO U.S. MAINLAND; ORDER*

2

Laurie A. Schlegel
6436 101 Street
Ewa Beach, HI 96706
808-230-5368

Darwin Ching, Attorney at Law
1001 Bishop Street
American Savings Bank Tower
Suite 1008
Honolulu, HI 96813

RE: Jason Kurosawa

May 30, 2006

Dear Mr. Ching:

I would like to request permission for Jason Kurosawa to accompany and assist me in my move to upstate New York. I am leaving on the first of July 2006.

Jason's infant twins (Hunter and Alina Kurosawa) and I will be moving to New York because we are not financially able to remain in Hawaii once Jason is sentenced. Having Jason assist in the move and the transition period would be a great relief for me and help make the babies' adjustment easier.

I rely on Jason for physical, emotional and financial support. He helps with the daily care of the twins and assists with their financial needs. The twins also need their daddy.

In 2004 Jason was given permission to join me on a trip to meet my family. I would like this same consideration and would like to extend his visit for the (approximate) month prior to his upcoming sentencing date. This will allow me time to get settled and find appropriate daycare, physicians, housing and employment.

When we arrive we will be staying with my sister, Lynne Schlegel. I am planning to look for an apartment to rent and ultimately find a suitable home to purchase.

Attached is a list of family members who we will be spending much of our time with as well as my travel itinerary. There is a Federal District Court located at 100 State Street, Rochester, NY 14614, which is close by.

I really need Jason's help and appreciate any assistance you can provide in allowing his travel.

Please let me know if you need additional information.

Sincerely,

*Laurie A. Schlegel*
Laurie A. Schlegel

EXHIBIT A

Family & Friends:

Lynne Schlegel, Sister, 5713 Dalton Road, Farmington, NY 14425-9335
Telephone: 585-398-0062

Susan Schlegel, Sister, 1618 Flaxen Dr Farmington NY 14425-9335
Telephone: 585-398-2202

Dorothy & Donald Sloane, Aunt/Uncle, 125 Mulberry Street, Rochester, NY 14620
Telephone: 585-461-2087

Kim & Dave DeBole, Step-sister.Brother in Law, Crescent Webster, NY 14580
Telephone: 585-670-9439

Ron Michael Jr, Brother, 2327 Shilling Road, Palmyra NY 14522
Telephone: 315-597-4212

Liz & Mick Alber, friend, 140 Coniston Drive, Rochester 14610-2117
Telephone: 585-224-3753


My Aunt Dorothy is a substance abuse counselor and her husband is a retired general contractor.

My sister, Lynne, works as a customer service supervisor handling medical billing.

My sister, Sue, is an ophthalmologist.

Kim DeBole is a hair dresser and co-owner of a fashion boutique and her husband is a Rochester Policeman.

I have a grandmother, aunts, uncles and many cousins also in the area.

**Laurie Schlegel**
**5713 Dalton Drive**
**Farmington, NY 14425**
**808-230-5368**
**585-398-2202**

Darwin L. D. Ching, Attorney at Law
1001 Bishop Street Suite 1008
Honolulu, HI 96813

July 11, 2006

Dear Mr. Ching:

Due to the postponement of the trial and sentencing, I would like to request an extension for Jason to remain in New York until such time as he is required to be in Hawaii.

Jason's presence and assistance with raising our 7 month old twins is not only invaluable to me but important to the babies. They adore their father and he is playing an active role in their care and development.

Since we moved to Hawaii our son, Hunter, has been to urgent care once, the emergency room twice and had a follow up with his new pediatrician. As his mother I have been stressed watching my baby suffer and worried about his illness. I have barely slept and have had little time for anything other than Hunter's care. Jason has been supportive and helpful and I do not know what I would have done without him. He is able to give extra attention to our daughter when I cannot. He reads to the babies, plays with them, helps with feeding and baths. Taking their daddy away will be a great stressor on our children.

Jason has abided by all rules and has followed up with his probation officer here in NY. We have found a church to attend and he is making a great effort to secure employment. He helps with cooking and cleaning. He is becoming a more responsible and mature man.

I am humbly asking permission for him to remain here where he is needed most.

Sincerely,
Laurie A. Schlegel

EXHIBIT B