# DARWIN L.D. CHING
ATTORNEY AT LAW

1001 BISHOP STREET
AMERICAN SAVINGS BANK TOWER, SUITE 1008
HONOLULU, HAWAII 96813
PHONE: (808) 536-7888  FACSIMILE: (808) 536-2119

---

August 4, 2006

**(Via Facsimile: 541-2958, hard copy to follow)**

Chris A. Thomas, Esquire
Assistant U.S. Attorney
300 Ala Moana Boulevard
6100 PJKK Federal Building
Honolulu, Hawaii 96813

Re:  USA v. Jason Kurosawa
     CR No. 02-00288 DAE
     USDC; District of Hawaii

Dear Mr. Thomas:

This will confirm our telephone call today, wherein you indicated that Mr. Kurosawa will be required to testify during the week of September 5, 2006. You also indicated that you wanted to schedule a telephone conference during the week of September 21, 2006 with Mr. Kurosawa. I have informed him of the same and he will be available.

This will also confirm that you have agreed to allow Mr. Kurosawa to extend his stay in New York with his fiancé and their twins until September 4, 2006. Please find attached a stipulation to that effect.

Thank you for your time and consideration.

Sincerely,

*(signature)*

DARWIN L.D. CHING

cc:  Jason Kurosawa
     Tony Barry, Pretrial Services
     Rosanne T. Donohoe, Probation Office

EXHIBIT B