ORIGINAL

DARWIN L.D. CHING  1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 9 2006

LODGED at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

SEP 1 2 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 02-00288 DAE |
| | ) | |
| Plaintiff, | ) | THIRD STIPULATION TO ALLOW |
| | ) | DEFENDANT JASON KUROSAWA |
| vs. | ) | TO EXTEND TRAVEL TO U.S. |
| | ) | MAINLAND; ORDER; EXHIBIT "A" |
| JASON KUROSAWA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIRD STIPULATION TO ALLOW DEFENDANT
JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JASON KUROSAWA be allowed to extend his travel outside of the State of Hawaii to the U.S. Mainland between the periods of September 4, 2006 to December 7, 2006.

A Stipulation to Allow Defendant Jason Kurosawa to Extend Travel to U.S. Mainland was approved and filed on August 15, 2006 (see Exhibit "A").

By agreement of the parties, Defendant is hereby allowed to extend his stay in New York from August 19, 2006 to December 12, 2006.

DATED:   Honolulu, Hawaii,   SEP 1 1 2006   .

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

_____
PRE-TRIAL SERVICES

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

---

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *THIRD STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND; ORDER*