**Laurie Schlegel**
**5713 Dalton Drive**
**Farmington, NY 14425**
**808-230-5368**
**585-398-2202**

Darwin L. D. Ching, Attorney at Law
1001 Bishop Street Suite 1008
Honolulu, HI 96813

July 11, 2006

Dear Mr. Ching:

Due to the postponement of the trial and sentencing, I would like to request an extension for Jason to remain in New York until such time as he is required to be in Hawaii.

Jason's presence and assistance with raising our 7 month old twins is not only invaluable to me but important to the babies. They adore their father and he is playing an active role in their care and development.

Since we moved to Hawaii our son, Hunter, has been to urgent care once, the emergency room twice and had a follow up with his new pediatrician. As his mother I have been stressed watching my baby suffer and worried about his illness. I have barely slept and have had little time for anything other than Hunter's care. Jason has been supportive and helpful and I do not know what I would have done without him. He is able to give extra attention to our daughter when I cannot. He reads to the babies, plays with them, helps with feeding and baths. Taking their daddy away will be a great stressor on our children.

Jason has abided by all rules and has followed up with his probation officer here in NY. We have found a church to attend and he is making a great effort to secure employment. He helps with cooking and cleaning. He is becoming a more responsible and mature man.

I am humbly asking permission for him to remain here where he is needed most.

Sincerely,
Laurie A. Schlegel

EXHIBIT B

# DARWIN L.D. CHING
ATTORNEY AT LAW

1001 BISHOP STREET
AMERICAN SAVINGS BANK TOWER, SUITE 1008
HONOLULU, HAWAII 96813
PHONE: (808) 536-7888   FACSIMILE: (808) 536-2119

August 4, 2006

**(Via Facsimile: 541-2958, hard copy to follow)**

Chris A. Thomas, Esquire
Assistant U.S. Attorney
300 Ala Moana Boulevard
6100 PJKK Federal Building
Honolulu, Hawaii 96813

Re:   USA v. Jason Kurosawa
      CR No. 02-00288 DAE
      USDC; District of Hawaii

Dear Mr. Thomas:

This will confirm our telephone call today, wherein you indicated that Mr. Kurosawa will be required to testify during the week of September 5, 2006. You also indicated that you wanted to schedule a telephone conference during the week of September 21, 2006 with Mr. Kurosawa. I have informed him of the same and he will be available.

This will also confirm that you have agreed to allow Mr. Kurosawa to extend his stay in New York with his fiancé and their twins until September 4, 2006. Please find attached a stipulation to that effect.

Thank you for your time and consideration.

Sincerely,

*[signature]*

DARWIN L.D. CHING

cc:   Jason Kurosawa
      Tony Barry, Pretrial Services
      Rosanne T. Donohoe, Probation Office

**EXHIBIT B**