DARWIN L.D. CHING  1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

LODGED
JAN 05 2007
4:08 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR NO. 02-00288 DAE |
|---|---|
| Plaintiff, | ) FOURTH STIPULATION TO |
| | ) ALLOW DEFENDANT JASON |
| vs. | ) KUROSAWA TO EXTEND TRAVEL |
| | ) TO U.S. MAINLAND AND RESIDE |
| JASON KUROSAWA, | ) ON THE U.S. MAINLAND UNTIL |
| | ) SENTENCING HEARING; ORDER; |
| Defendant. | ) EXHIBITS "A" – "B" |
| | ) |

FOURTH STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA
TO EXTEND TRAVEL TO U.S. MAINLAND AND RESIDE ON THE
U.S. MAINLAND UNTIL SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant JASON KUROSAWA be allowed to extend his

travel outside of the State of Hawaii to the U.S. Mainland between the periods of

December 7, 2006 to January 29, 2007.

A Third Stipulation to Allow Defendant Jason Kurosawa to Extend Travel to U.S. Mainland was approved and filed on September 19, 2006 (see Exhibit "A").

By agreement of the parties, Defendant is hereby allowed to extend his stay in New York from December 7, 2006 to until the Defendant's sentencing date, which is now scheduled for January 29, 2007 at 1:30 p.m.

Defendant requests to extend his travel to New York to continue supporting his twin children and fiancé who now live there (see Exhibit "B").

DATED:   Honolulu, Hawaii, _____.


_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa


_____
CHRIS A. THOMAS
Attorney for United States of America


_____
PRE-TRIAL SERVICES

2

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

---

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *FOURTH STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND AND RESIDE ON THE U.S. MAINLAND UNTIL SENTENCING HEARING; ORDER; EXHIBITS "A" – "B"*

3