Laurie A Schlegel
213 W. Squire Drive Apt 1
Rochester, NY 14623
808-230-5368 (C)
585-266-7277 X 205 (W)

Judge David Ezra
Honolulu, Hawaii

Dear Judge Ezra:

I am writing on behalf of Jason H Kurosawa who is facing sentencing in late January, 2007.

Jason and I currently live in Rochester, NY with our beautiful twins who will make 1 year old tomorrow. These are two amazing and beautiful babies who love their father and need his support.

I am a full time working mother and Jason is the caretaker of our twins while I am at work. Jason works an overnight position with Spezio Management which allows us to care for our children without outside help. This arrangement also saves approximately 15,000 per year in childcare expenses.

My request is for leniency in sentencing Jason. I have been in your court several times with the New Hope Prison Ministry and have seen you grant mercy when it was deserved. I believe Jason is one of those cases. We have been living a life "on hold" since we met. Jason has completed rehab, been an involved member of New Hope Christian Fellowship and been a loving father to his children. He plays with the twins, cooks for them, always remembering to add vegetables, and takes care of chores like crib assembly and diaper disposal.

The absence of Jason's presence in our home will be detrimental. I earn a salary of $35,000. This does not cover the daily expenses and I rely on Jason's second income. Additionally, his ability to baby-sit while I am at work saves us approximately $15,000 per year, a fee I cannot pay on my own. I am terrified that I will have to quit my job and live on public assistance.

Please consider a probation or house arrest sentence. My children deserve to have their father in their lives and I truly need his support raising our babies.

Sincerely,

Laurie Schlegel

EXHIBIT B