ORIGINAL

LODGED

FEB 06 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2007

at ___ o'clock and 25 min. ___ M
SUE BEITIA, CLERK

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone:  (808) 536-7888
Facsimile:  (808) 536-2119
Email:  darwinching@hawaiiantel.net

Attorney for Defendant JASON KUROSAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 02-00288 DAE |
| | ) |
| Plaintiff, | ) FIFTH STIPULATION TO ALLOW |
| | ) DEFENDANT JASON KUROSAWA |
| vs. | ) TO EXTEND TRAVEL TO U.S. |
| | ) MAINLAND AND RESIDE ON THE |
| JASON KUROSAWA, | ) U.S. MAINLAND UNTIL |
| | ) SENTENCING HEARING; ORDER |
| Defendant. | ) |
| | ) |

FIFTH STIPULATION TO ALLOW DEFENDANT JASON KUROSAWA TO
EXTEND TRAVEL TO U.S. MAINLAND AND RESIDE ON THE
U.S. MAINLAND UNTIL SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant JASON KUROSAWA be allowed to extend his

travel outside of the State of Hawaii to the U.S. Mainland between the periods of

January 29, 2007 to his sentencing hearing, which is now scheduled for May 14,

2007 at 1:30 p.m.

By agreement of the parties, Defendant is hereby allowed to extend

his stay in New York from January 29, 2007 to until the Defendant's sentencing

date, which is now scheduled for May 14, 2007 at 1:30 p.m.

DATED:     Honolulu, Hawaii, _____FEB - 6 2007_____.

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

_____
PRE-TRIAL SERVICES

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA,
Defendant; CR NO. 02-00288 DAE; *FIFTH STIPULATION TO ALLOW
DEFENDANT JASON KUROSAWA TO EXTEND TRAVEL TO U.S. MAINLAND
AND RESIDE ON THE U.S. MAINLAND UNTIL SENTENCING HEARING;
ORDER*