DARWIN L.D. CHING  1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@hawaiiantel.net

Attorney for Defendant JASON KUROSAWA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
ORIGINAL

MAY 30 2007

at 10 o'clock and 15 min. AM
SUE BEITIA, CLERK

LODGED

MAY 25 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 02-00288 DAE |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING AND ORDER |
| vs. | ) |
| | ) New Sentencing Hearing: |
| JASON KUROSAWA, | ) Date: July 2, 2007 |
| | ) Time: 2:15 p.m. |
| Defendant. | ) Judge: Honorable David Alan Ezra |
| | ) |
| | ) Old Sentencing Hearing: |
| | ) Date: May 14, 2007 |
| | ) Time: 1:30 p.m. |
| | ) Judge: Honorable David Alan Ezra |
| | ) |

STIPULATION TO CONTINUE SENTENCING AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties, the United States of America by and through Assistant U.S. Attorney Chris A. Thomas, and the Defendant, JASON KUROSAWA, by and through his

respective CJA attorney, Darwin L.D. Ching and the parties respectfully requests, that the Court approve a continuance of the sentencing date in this case that was set for May 14, 2007 at 1:30 p.m. before the Honorable David A. Ezra to July 2, 2007 at 2;15 p.m. before the Honorable David A. Ezra.

DATED:   Honolulu, Hawaii, May 11, 2007.

_____
DARWIN L.D. CHING
Attorney for Defendant
Jason Kurosawa

_____
CHRIS A. THOMAS
Attorney for United States of America

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

---

**UNITED STATES OF AMERICA, Plaintiff vs. JASON KUROSAWA, Defendant**; CR NO. 02-00288 DAE; *STIPULATION TO CONTINUE SENTENCING AND ORDER*