# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00288DAE |
| CASE NAME: | USA v. (04)Jason Kurosawa |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Darwin Ching |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 07/02/2007 | TIME: | 2:15pm-2:25(m/d)<br>2:25pm-2:50pm(sent) |

COURT ACTION:  EP: Sentencing to Count 1 of the Superseding Indictment as to Defendant (04)Jason Kurosawa. Government's Motion for Downward Departure. Defendant's Motion for Downward Departure

Defendant (04)Jason Kurosawa present, not in custody.

The Memorandum Plea Agreement is accepted.

Safety valve applies.

Government's Motion for Downward Departure-GRANTED.

Defendant's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (04)Jason Kurosawa.

SENTENCE:

Imprisonment:   24 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

5. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Lompoc, CA. Educational and Vocational training.

Defendant advised of his right to appeal.

Mittimus is stayed until 8/20/2007.

Defendant to self-surrender @2:00 p.m. on 8/20/0007 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager