| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 02-00288DAE-04 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JASON KUROSAWA | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/17/2008   TO 11/16/2013 |

**OFFENSE**

Possession with Intent to Distribute and Distribution in Excess of 50 Grams of Methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2, a class A felony.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 19 2008
at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of New York - Rochester</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-20-2008
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of New York - Rochester

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-1-08
Effective Date

Charles Siragusa
United States District Judge