**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

May 28, 2008

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

Office of the Clerk
USDC, W.D. of New York (Rochester)
2120 U.S. Courthouse, 100 State Street
Rochester, New York 14614

RE:   U.S.A. vs. Jason Kurosawa
      USDC HAWAII 1:02-cr-00288DAE-04
      **Transfer of Jurisdiction to USDC W.D. New York (Rochester)**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Prob 22 Transfer of Jurisdiction Form
( X ) Superseding Indictment
( X ) Judgment in a Criminal Case
( X ) Memorandum of Plea Agreement
( X ) Docket Sheet as to defendant Jason Kurosawa only, and Docket Sheet including co-defendants.

Lastly, please acknowledge receipt of the documents on the copy of the letter, or you may return the acknowledgment via e-mail address: anna_chang@hid.uscourts.gov.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Anna F. Chang, Deputy Clerk,
Docketing Section

encl.
cc:   U.S. Probation - Honolulu, Hawaii
      U.S. Probation - USDC W.D. New York (Rochester) @
      111 Federal Building 100 State Street, Rochester, New York 14614

---

**Receipt is acknowledged by:**   Clerk, U.S. District Court

Dated: _____   by: _____
USDC W.D. NEW YORK Case Number: _____