## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

May 28, 2008

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

Office of the Clerk
USDC, W.D. of New York (Rochester)
2120 U.S. Courthouse, 100 State Street
Rochester, New York 14614

RE:    U.S.A. vs. Jason Kurosawa
       USDC HAWAII 1:02-cr-00288DAE-04
       **Transfer of Jurisdiction to USDC W.D. New York (Rochester)**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Prob 22 Transfer of Jurisdiction Form
( X ) Superseding Indictment
( X ) Judgment in a Criminal Case
( X ) Memorandum of Plea Agreement
( X ) Docket Sheet as to defendant Jason Kurosawa only, and Docket Sheet including co-defendants.

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 06 2008
DISTRICT OF HAWAII

Lastly, please acknowledge receipt of the documents on the copy of the letter, or you may return the acknowledgment via e-mail address: anna_chang@hid.uscourts.gov.

Very truly yours,

SUE BEITIA, Clerk

by: _Anna Chang_
Anna F. Chang, Deputy Clerk,
Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
       U.S. Probation - USDC W.D. New York (Rochester) @
       111 Federal Building 100 State Street, Rochester, New York 14614

---

Receipt is acknowledged by: Clerk, U.S. District Court
Dated: 6/3/08       by: _Barbara Keenan_
USDC W.D. NEW YORK Case Number: 08 CR 6115